No. 68169.—APPEAL 5146.—United States *v.* Standard Milling Co.—

—C.D. 2388. Appeal dismissed October 18, 1963.